IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                            Case No.  4:14-cr-00053 KGB

DERRICK COLEMAN                                                                              DEFENDANT

## ORDER

Pending is the government's motion for revocation of defendant Derrick Coleman's supervised release and for issuance of a summons for him to appear before this Court to show cause why his supervised release should not be revoked (Dkt. No. 29).

The request for issuance of a summons is granted.  The Clerk is directed to issue a summons for Mr. Coleman to appear before this Court on Monday, February 29, 2016, at 1:30 p.m. in Courtroom #4C.

Molly Sullivan of the Federal Public Defender's Office is appointed as counsel for Mr. Coleman.

It is so ordered this 11th day of February, 2016.

_____
Kristine G. Baker
United States District Judge